IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SERGEI KOVALEV, | : | CIVIL ACTION |
| --- | --- | --- |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 20-188 |
| | : | |
| MEGHAN CLAIBORNE, *et al.* | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this 2nd day of March 2020, upon considering Sergei Kovalev's *pro se* Complaint (ECF. Doc. No. 2), Request for allowance of using electronic filing system for case filing (ECF Doc. No. 4), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Complaint (ECF Doc. No. 2) is **DEEMED** filed;

2. Plaintiff's Complaint (ECF Doc. No. 2) is **DISMISSED** in its entirety:

    a. federal claims are **DISMISSED with prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

    b. the state law claim is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

    c. Plaintiff is not granted leave to file an amended complaint;

3. Plaintiff's Request for allowance of using electronic filing system for case filing (ECF Doc. No. 4) is **DENIED as moot**; and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.